BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
RAYMOND E. PATRICCO, DISTRICT OF COLUMBIA STATE BAR NO. 454792
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

JUL 10 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT B. BASHAM,<br><br>Defendant. | Case No. CR 19-0227-S CWD<br><br>**INDICTMENT**<br><br>18 U.S.C. § 113(a)(5)<br>49 U.S.C. § 46506 |

The Grand Jury charges:

### COUNT ONE
### Assault
### 18 U.S.C. § 113(a)(5)

On or about April 17, 2019, in the District of Idaho, the defendant, ROBERT B. BASHAM, being an individual on an aircraft in the special aircraft jurisdiction of the United States, to wit: Southwest Airlines Flight 2100 (N8515X) from Denver, Colorado, to Portland, Oregon, that at the time was in flight in airspace above the District of Idaho, did assault C.H. by intentionally making physical contact with C.H. in an offensive manner without justification or

**INDICTMENT** - 1

excuse, to wit: by touching C.H.'s thigh, buttocks, hip and stomach without her permission and while she attempted to sleep.

All in violation of Title 18, United States Code, Section 113(a)(5) and Title 49, United States Code, Section 46506.

Dated this 9 day of July, 2019.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
RAYMOND E. PATRICCO
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 2**