## CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Robert B. Basham** | JUVENILE: No |
| DEFENSE ATTORNEY: | CR 19-0227-S CWD |
| Address: **U.S. COURTS** | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Summons |
| **JUL 10 2019** | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: Recvd____Filed____Time____ | ISSUE: Yes |
| STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO | |
| INVESTIGATIVE AGENT: Clark Harshbarger | INTERPRETER: No |
| Telephone No.: (208) 433-3537 | If YES, language: |
| AGENCY: Federal Bureau of Investigation | |
| CASE INFORMATION: | RELATED COMPLAINT: No CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

| | | | |
|---|---|---|---|
| CHARGING DOCUMENT: **Indictment** | | | |
| Felony: | **No** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **3 days** |
| Class B or C Misdemeanor: (Petty Offense) | **Yes** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 113(a)(5) | ONE | Assault | Not more than 6 months imprisonment, 1 year supervised release, $5,000 fine, $10 Special Assessment |

Date: _____9 July 2019_____

Assistant U.S. Attorney: RAYMOND E. PATRICCO

Telephone No.: (208) 334-1211