Jeffrey Brownson
Idaho State Bar No. 7474
LAW OFFICE OF JEFFREY BROWNSON
223 North 6th Street, Suite 215
Boise, Idaho 83702
(208) 342-5800
(208) 437-8041 (fax)
jb@jeffreybrownsonlaw.com

Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT B. BASHAM,<br><br>　　　　　Defendant. | CASE NO. CR-19-00227-S-CWD<br><br>**DEFENDANT'S NOTICE OF INTENT TO PLEAD GUILTY** |

　　　Defendant Robert Basham, through his attorney, hereby notifies the Court that he intends to plead guilty pursuant to a forthcoming pretrial diversion agreement with the Government.

　　　DATED this 7th day of October 2019.

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey Brownson

1 •　　DEFENDANT'S NOTICE OF INTENT TO PLEAD GUILTY

CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of October 2019, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Raymond E. Patricco
Assistant United States Attorney
Office of the United States Attorney
Washington Group Plaza, IV
800 East Park Blvd., Ste. 600
Boise, ID 83712
raymond.patricco@usdoj.gov

                                              /s/ Jeffrey Brownson